PHILIP BALLETTA v. LEO ROSNER.— Motion to dismiss appeal as to defendant-respondent Leo Rosner granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

HUIT CORP. v. EVELYN SISKIND et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 9, 1962, with notice of appeal for the February 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

PHYLLIS TINELLI, as Administratrix, v. UPSON-WALTON Co. et al.— Motion for leave to appeal as a poor person granted so as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorneys for respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

MARGIE J. NEWMAN v. DONALD H. NEWMAN.— Motion for stay granted only to the extent of staying the fifth ordered paragraph of the judgment appealed from on condition that the appellant files a surety company bond in the amount of $4,041.18 within 10 days after service of a copy of this order, with notice of entry thereof. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

In the Matter of the BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK v. ELMER A. CARTER et al.— Motion by Public Education Association for leave to file a brief *amicus curiæ* granted only insofar as to permit movant to file a brief as *amicus curiæ* on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

PHIL BOYLE et al. v. J. BERTRAM WEGMAN et al. J. BERTRAM WEGMAN et al. v. McNAUGHT SYNDICATE, INC.— Motion to dispense with printing denied, without prejudice, however, to a renewal thereof upon a more complete disclosure of financial condition of the appellants and a more detailed showing of alleged merit to the appeal. That branch of the motion requesting an enlargement of time within which to perfect the appeal is granted and the time of the appellants is enlarged to the February 1962 Term of this court. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

MIDEAST SECURITIES CORP. v. RKO GENERAL, INC.— Motion for stay denied in all respects. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.